IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 08-118 |
| JATAN UPADHYAY, | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Jatan Upadhyay, as a result of the Indictment returned against him on August 5, 2008.

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated:  August 5, 2008

AND NOW, this __5__ day of __August__, 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Jatan Upadhyay.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge