# REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 08-118 |
| JATAN UPADHYAY, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNTS ONE TO THREE

On or about the dates listed below, in the District of Delaware and elsewhere, Jatan Upadhyay, defendant herein, transmitted in interstate and foreign commerce communications, to wit, e-mails from the defendant to A.G., containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

| Count | E-mail Address of Sending Account | Date |
|---|---|---|
| One | ujatan_15@yahoo.com | June 20, 2007 |
| Two | akki474@gmail.com | November 7, 2007 |
| Three | akki474@gmail.com | December 13, 2007 |

### COUNT FOUR

From between on or about February 2007 through on or about March 2007, in the District of Delaware and elsewhere, Jatan Upadhyay, defendant herein, intentionally accessed the e-mail account of A.G. on the computers of Yahoo!, without authorization, and thereby obtained

information from protected computers of Yahoo! by means of interstate communications, in violation of Title 18, United States Code, Section 1030(a)(2)(C).

## COUNT FIVE

From between on or about March 2007 through on or about February 2008, in the District of Delaware, Jatan Upadhyay, defendant herein, intentionally accessed the e-mail account of M.G. on the computers of Shaw Communications, Inc., without authorization, and thereby obtained information from protected computers of Shaw Communications, Inc. by means of interstate and foreign communications, in violation of Title 18, United States Code, Section 1030(a)(2)(C).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

Dated: August 5, 2008