# United States District Court

**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| V. | Case Number: CR 08-118-UNA |
| JATAN UPADHYAY <br> Defendant |  |

Upon motion of the **Government**, it is ORDERED that a

**BAIL** Hearing is set for _____8/18/08_____ * at _____10:30 A.M._____
                                    Date                           Time

before _____Honorable Mary Pat Thynge, U.S. Magistrate Judge_____
                              Name of Judicial Officer

_____Courtroom #6C, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware_____
                                      Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                      Other Custodial Official

and produced for the hearing.

_____8/12/08_____                                   _____[signature]_____
    Date                                                                        Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.