AO 442    (Rev. 5/93) Warrant for Arrest

**REDACTED**

## UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

UNITED STATES OF AMERICA

V.

JATAN UPADHYAY

**WARRANT FOR ARREST**

Case Number:  CR 08-118

*U.S. MARSHALS SERVICE WILMINGTON, DELAWARE — RECEIVED 2008 AUG -6 A 10:20*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JATAN UPADHYAY
                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with   (brief description of offense)

**TRANSMITTING A THREAT TO INJURE;**

**ACCESSING A COMPUTER WITHOUT AUTHORIZATION;**

in violation of   _____18_____ United States Code,   _____875c and 1030(a)(2)(C)_____

PETER T. DALLEO
Name of Issuing Officer

By: Kristen Ringgold
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

8/6/2008, Wilmington, Delaware
Date and Location

Bail fixed at   NOT STATED   by _____
                                                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named   *Jatan Upadhyay*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/12/08 | Theodore J. Theisen - Special Agent | *(signed)* |

AO 442    (Rev. 5/93) Warrant for Arrest

| DATE OF ARREST | | |
|---|---|---|
| 8/12/08 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:    <u>Jatan Upadhyay</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____