OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 14, 2008

**UNITED STATES OF AMERICA**

v.                                      CR 08-118-UNA

**JATAN UPADHYAY**

    I hereby acknowledge receipt of the following document, in accordance with the Court's Order dated August 12, 2008 (copy attached):

    Republic of India issued to: Jatan Giriraj Upadhyay

    Issuance date: 02/16/06

    Expiration date: 02/15/2016

August 12, 2008                              _Donna M. Seningen_
       DATE                                      DEPUTY CLERK

FILED
AUG 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE