UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.: 08-118 |
| | : | |
| JATAN UPADHYAY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Keir Bradford, Esquire as attorney on behalf of Defendant, Jatan Upadhyay, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　 /s/   *Keir Bradford*
　　　　　　　　　　　　　　　　　　　KEIR BRADFORD, ESQUIRE
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　One Customs House
　　　　　　　　　　　　　　　　　　　704 King Street, Suite 110
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　302-573-6010
　　　　　　　　　　　　　　　　　　　ecf_de@msn.com

DATED:  August 18, 2008

PDF created with pdfFactory Pro trial version www.pdffactory.com