IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICY OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR08-118-UNA |
| | ) | |
| JATAN UPADHYAY, | ) | |
| | ) | |
| Defendant. | ) | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

To:   Clerk, U.S. District Court
      District of Delaware
      844 North King Street
      Room 4209
      Wilmington, DE  19801

**PLEASE** withdraw the appearance of Keir Bradford, Esquire as attorney of record and enter the appearance of Charles E. Butler, Esquire as attorney on behalf of Defendant, Jatan Upadhyay, in the above-captioned matter.

August 19, 2008                    /s/ Charles E. Butler
                                   CHARLES E. BUTLER
                                   1224 North King Street
                                   Wilmington, Delaware  19801
                                   (302) 655-4100

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICY OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR08-118-UNA |
| ) | |
| JATAN UPADHYAY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I, Charles E. Butler, attorney in the above-captioned action do hereby certify that on August 19, 2008, I served a copy of the foregoing Entry of Appearance via electronic filing to:

Keir Bradford, Esquire
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

    - and -

Christopher J. Burke, AUSA
U.S. Attorney's Office
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE  19899-2046


                                      /s/ Charles E. Butler
                                      CHARLES E. BUTLER