UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr. No. CR08-118-UNA |
| | : | |
| JATAN UPADHYAY, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

Defendant, by his undersigned attorney, respectfully requests that the Court enter an Order extending the time within which to file any pretrial motions. In support thereof, the following is stated:

1. Defendant was arrested on August 12, 2008 and appeared on that date represented by the Federal Public Defender.

2. On August 14, 2008, the defendant, having satisfied the conditions of pretrial release, appeared before the Court again, at which time the Court entered an Order for the filing of Pre-trial Motions by August 28, 2008.

3. On August 19, 2008, undersigned counsel entered his appearance in this matter.

4. The government has supplied some of the discovery to be had in this case to counsel, however some has not yet been supplied and will be forthcoming in the next few days. Due to the absence of full discovery and the short schedule

established by the Court on August 14, it is not possible to know whether and what pretrial motions must be filed.

5. Due to the prior schedule of counsel, counsel requests 45 days in which to file pretrial motions, if any.

6. Assistant U.S. Attorney Christopher Burke is assigned to the case on behalf of the government. He has been contacted and has no objection to the requested extension of time.

WHEREFORE, defendant respectfully requests that the Court extend the time for the filing of pretrial motions.

RESPTECTFULLY SUBMITTED:


/s/ Charles E. Butler
CHARLES E. BUTLER
1224 King Street
Wilmington, DE  19801
(302) 655-4100

Attorney for Defendant

Dated: August 27, 2008